UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TYRELL MINGO,
OMAR AHMAD,
KAMAAL SHARIF-MERRITT and
KENNY GUERRERO,

Defendants.

**INDICTMENT**

26 Cr.

26 CRIM 408.

**COUNT ONE**
**(Conspiracy to Commit Bank Fraud)**

The Grand Jury charges:

1. In or around August 2024, in the Southern District of New York and elsewhere, TYRELL MINGO, OMAR AHMAD, KAMAAL SHARIF-MERRITT, and KENNY GUERRERO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and an object of the conspiracy that TYRELL MINGO, OMAR AHMAD, KAMAAL SHARIF-MERRITT, and KENNY GUERRERO, the defendants, and others known and unknown, knowingly would and did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as that term is defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such a financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344, to wit, MINGO, AHMAD, SHARIF-MERRITT, and GUERRERO agreed to make and

caused to be made false statements to a particular bank ("Victim Institution-1") in order to obtain funds.

(Title 18, United States Code, Section 1349.)

**FORFEITURE ALLEGATION**

3. As a result of committing the offense alleged in Count One of this Indictment, TYRELL MINGO, OMAR AHMAD, KAMAAL SHARIF-MERRITT, and KENNY GUERRERO, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982 and 1029;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted] 9/8/2026

FOREPERSON

JAMES M. MCDONALD
United States Attorney